1  GOLDSMITH & HULL/5111782
   A Professional Corporation
2  VALERIA BARINOVA   (Bar No. 224422)
   16000 Ventura Blvd., Suite 900
3  Encino, CA 91436-2760
   Tel.: (818) 990-6600
4  Fax: (818) 990-6140
   govdept1@goldsmithcalaw.com
5

6  Attorneys For Judgment Creditor

7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )  CASE NO. A01-01148
                                )
12            Plaintiff,         )
                                )
13 v.                           )  ORDER GRANTING PLAINTIFF'S
                                )  APPLICATION PERMITTING
14                              )  SERVICE OF PROCESS [PROPOSED]
   JULIE G. APELADO AKA         )
15 JULIE APELADO                )
                                )
16            Defendant.         )
                                )
17 ─────────────────────────────

18
        IT IS HEREBY ORDERED, that Plaintiff's Application for Order Permitting
19
   Service of Process is Granted, and that any agent of ROTTNER ATTORNEY
20
   SERVICE, who is at least 18 years of age, of suitable discretion, and not a party for this
21
   action, be authorized and appointed to serve the writ issued in this action.
22

23

24      IT IS SO ORDERED

25

26 Dated: 6/18/07             _____
                               ALICEMARIE H. STOTLER, CHIEF DISTRICT JUDGE
27                             UNITED STATES DISTRICT COURT

28

                                    27